**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Samuel Adam Williams v. La Porte Police Department and The City of La Porte

Appellate case number:     01-22-00061-CV

Trial court case number:     2021-58542

Trial court:          295th District Court of Harris County

On July 26, 2022, the Court advised appellant that the reporter's record was overdue and that the court reporter had filed a notice that the reporter's record was not filed because appellant either had not requested it or had not paid for it or made arrangements to pay for it. Appellant was advised that unless the Court received written proof by August 10, 2020, that arrangements had been made to pay for the reporter's record, appellant might be required to file a brief without a reporter's record. We received no response.

Accordingly, the court will consider and decide those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c) (stating that, if clerk's record has been filed, appellate court may consider and decide those issues or points that do not require a reporter's record).

Appellant's brief must be filed **no later than 30 days after the date of this order**.

Appellees' brief will be due within 30 days after appellant's brief has been filed.

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
                    ☑ Acting individually     ☐ Acting for the Court

Date:   __August 25, 2022____